UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUSTIN ANTONIO HUTCHINSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-78** |
| **DANIEL FLEISCHMAN (WARDEN), ST. TAMMANY JAIL, ET AL.** | **SECTION "A"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff Justin Antonio Hutchinson's 42 U.S.C. § 1983 claims against defendants St. Tammany Parish Sheriff Randy Smith, St. Tammany Parish District Attorney Warren Montgomery, St. Tammany Parish Jail Warden Daniel Fleischman, Dr. Jose Ham, and Dr. Samuel Gore are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e), § 1915A, and as applicable, 42 U.S.C. § 1997e, as frivolous, for failure to state a claim for which relief can be granted, and as to defendant Montgomery, for seeking relief against an immune defendant.

**IT IS FURTHER ORDERED** that Hutchinson's state law claims of slander, defamation, malicious prosecution, negligence, and malpractice are **DISMISSED WITHOUT PREJUDICE** because the court declines to exercise supplemental jurisdiction under 28 U.S.C. § 1367(c).

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 18) filed by defendants Dr. Ham and Dr. Gore is **DISMISSED WITHOUT PREJUDICE** as moot.

September 7, 2022

_____
**UNITED STATES DISTRICT JUDGE**